IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN LEN HEJNY, | ) |
| Plaintiff, | ) |
| v. | ) |
| DALLAS COUNTY JAIL, *et al.*, | ) |
| Defendant. | ) Civil Action No. 3:19-CV-2661-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Complaint should be dismissed under 28 U.S.C. §§ 1915A and 1915(e).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Complaint is hereby **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e).

SO ORDERED this 20th day of April 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file any objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.